IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DESTINEI MOORE                                                           PLAINTIFF

v.                          No. 3:16-cv-186-DPM-JTR

MICHAEL KENDELL,
Warden, Poinsett County Detention Center                    DEFENDANT

ORDER

1. The Court withdraws the reference.

2. Moore hasn't filed an amended complaint; and the time to do so has passed. № 4. Moore didn't get the 23 August 2016 Order because she didn't provide a forwarding address when she was released. № 5 & 6. But this case can't stay open if the Court and the Defendant have no way to contact Moore. The complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2016