IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DESTINEI MOORE**                                                         **PLAINTIFF**

v.                      No. 3:16-cv-186-DPM

**MICHAEL KENDELL,**
Warden, Poinsett County Detention Center           **DEFENDANT**

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2016